UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

MICHAEL A. VALENTINE,  )
                       )
    Plaintiff,          )
        vs.             ) NO. 1:09-cv-01432-JMS-MJD
                       )
CSX TRANSPORTATION, INC., )
                       )
    Defendant.          )

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTIONS TO EXCLUDE EXPERT TESTIMONY**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation (Docket No. 194) regarding the Defendant's Motions to Exclude Expert Testimony. No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court, having given de novo consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1)(B) and C), and being duly advised in the premises, finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, Defendant's Motion to Exclude Dr. Dennis Gates [Docket No. 61] and Motion to Exclude Expert Testimony [Docket No. 63] are DENIED.

IT IS SO ORDERED.

06/01/2011

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

```
Dated:
```

Distribution List:

Craig Wynn Church
HOEY & FARINA
cchurch@hoeyfarina.com

John C. Duffey
STUART & BRANIGIN LLP
jcd@stuartlaw.com

James F. Olds
STUART & BRANIGIN LLP
jfo@stuartlaw.com

Sarah N. Snoeberger
STUART & BRANIGIN LLP
sns@stuartlaw.com